1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ROSS PEARSON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6
   Attorneys for Plaintiff
7  United States of America



**FILED**

**Jun 23, 2021**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

8

9          IN THE UNITED STATES DISTRICT COURT

10         EASTERN DISTRICT OF CALIFORNIA

11

12 IN RE:                              CASE NO.    2:21-sw-0532 DB

13 INFORMATION ASSOCIATED WITH THE     ORDER
   GOOGLE ACCOUNT ID: 425688866268
14 AND JTHRUJ@GMAIL.COM

15                                     **UNDER SEAL**

16

17

18                          **ORDER**

19         The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that

20 the Court issue an Order requiring Google, Inc., an electronic communications service provider and/or a

21 remote computing service located in Mountain View, CA, to disclose the records and other information

22 described in Attachment A to this Order.

23         The Court finds that the United States has offered specific and articulable facts showing that

24 there are reasonable grounds to believe that the records or other information sought are relevant and

25 material to an ongoing criminal investigation.

26         The Court determines that there is reason to believe that notification of the existence of this

27 Order will seriously jeopardize the ongoing investigation, including by giving targets an opportunity to

28 flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior,

ORDER                                    1

1 | or notify confederates.  *See* 18 U.S.C. § 2705(b)(2), (3), (5).

2 |      IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Google, Inc. shall, within

3 | ten days of the date of this Order, disclose to the United States the records and other information

4 | described in Attachment A to this Order.

5 |      IT IS FURTHER ORDERED under 18 U.S.C. § 2705(b) that Google, Inc. shall not disclose the

6 | existence of the application of the United States, or the existence of this Order of the Court, to the

7 | subscribers of the account(s) listed in Attachment A, or to any other person, for 180 days from the date

8 | of the order, unless extended, except that Google, Inc. may disclose this Order to an attorney for Google,

9 | Inc. for the purpose of receiving legal advice.

Dated:    June 23, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Case 2:21-sw-00532-DB   Document 2   Filed 06/23/21   Page 3 of 3

**ATTACHMENT A**

**I.     The Account(s)**

The Order applies to certain records and information associated with the following email account jthruj@gmail.com ("The Target Email Account.")

The Order also applies to certain records and information, including all information associated with any forwarding or fetching accounts of the Target Email Account, all other Google accounts linked to the Target Email Account because of cookie overlap, all other Google accounts that list the same SMS phone number as the Target Accounts, all other Google accounts that list the same recovery email address as the Target Email Account, and all other Google accounts that share the same creation IP address as the Target Email Account (collectively the "Linked Target Email Account").

**II.     Records and Other Information to Be Disclosed**

        Google, Inc. is required to disclose the following records and other information, if available, to the United States for each account or identifier listed in Part I of this Attachment (the Target Email Account and Linked Target Email Account), for the time period including the inception of the Email Account through the date of service of this Order:

A.     The following information about the customers or subscribers of the Accounts:
   1.     Names (including subscriber names, user names, and screen names);
   2.     Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
   3.     Local and long distance telephone connection records;
   4.     Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
   5.     Length of service (including start date) and types of service utilized;
   6.     Telephone or instrument numbers;
   7.     Other subscriber numbers or identities (including the registration Internet Protocol ("IP") addresses); and
   8.     Means and source of payment for such service (including any credit card or bank account number) and billing records.

B.     All records and other information (not including the contents of communications) relating to the Accounts, including:
   1.     Records of user activity for each connection made to or from the Accounts, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses; and
   2.     Information about each communication sent or received by the Accounts, including the date and time of the communication, the method of communication, the subject line, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers).