1  PHILLIP A. TALBERT
   United States Attorney
2  ROSS PEARSON
   JUSTIN L. LEE
3  ALEXIS KLEIN
   Assistant United States Attorneys
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
6

**FILED**

Jul 22, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

7  Attorneys for Plaintiff
   United States of America
8

9           IN THE UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12  IN THE MATTER OF THE APPLICATION         CASE NO: 2:21-SW-00532 DB
    OF THE UNITED STATES OF AMERICA
13  FOR SEARCH WARRANTS CONCERNING:          [PROPOSED] ORDER TO UNSEAL
                                             APPLICATION AND ORDER AUTHORIZING
14  INFORMATION ASSOCIATED WITH THE          RELEASE OF SUBSCRIBER INFORMATION
    GOOGLE ACCOUNT ID: 425688866268
15  AND JTHRUJ@GMAIL.COM

16

   Upon application of the United States of America and good cause having been shown,

17 IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

18

19 Dated:  July 22, 2022

                                            _____
20                                          ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS